IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CODIE DANIELS                                                                    PLAINTIFF
ADC #144455

V.                                NO. 4:22-cv-00363-LPR-ERE

THOMAS HEARST and
YOUNG                                                                         DEFENDANTS

## RECOMMENDED DISPOSITION

## I.      Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Daniels' claims has been sent
to United States District Judge Lee P. Rudofsky. You may file written objections to
all or part of this Recommendation. Any objections filed must: (1) specifically
explain the factual and/or legal basis for the objection; and (2) be received by the
Clerk of this Court within fourteen (14) days of the date of this Recommendation. If
no objections are filed, Judge Rudofsky may adopt this Recommendation without
independently reviewing all of the evidence in the record. By not objecting, you may
waive the right to appeal questions of fact.

## II.     Discussion

On April 25, 2022, Plaintiff Codie Daniels, an Arkansas Division of
Correction ("ADC") inmate, filed this § 1983 lawsuit *pro se. Doc. 1*. With his initial
filing, Mr. Daniels failed to provide a completed application for leave to proceed *in*

*forma pauperis* (IFP), including a jail account information sheet signed by an authorized official; nor did he pay a filing fee. Accordingly, on April 25, 2022, the Court directed the Clerk of Court to send Mr. Daniels an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 2*. The Court's Order specifically warned Mr. Daniels that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

On May 3, 2022, the Court's April 25, 2022 Order was returned as undeliverable with the notation "not deliverable as addressed." *Docs. 3.* Based on a review of the Arkansas Division of Correction's website, Mr. Daniels is no longer in ADC custody. See https://apps.ark.org/inmate_info/search.php

On May 4, 2022, the Court ordered Mr. Daniels to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 4.* To date, he has not responded to the Court's May 4 Order, and the time to do so has passed.

Mr. Daniels has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. *Doc. 2*. As a result, the Court has no way to communicate with Mr. Daniels regarding his lawsuit.

## III.   <u>Conclusion</u>

The Court recommends that Mr. Daniels' claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond

to the Court's May 4, 2022 Order; (3) address the filing fee requirement; and (4) prosecute this lawsuit.

Dated this 6th day of June, 2022.

_____

UNITED STATES MAGISTRATE JUDGE